UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CIVIL ACTION NO. 1:10CV-00112-JHM

ANTHONY R. BELL                                                                                          PLAINTIFF

vs.

VICKIE NEWTON, Individually and in her
official capacity as a Social Worker with the
Kentucky Cabinet for Health and Family Services;
KALON BAGBY, Individually, and in her official
capacity as FSOS; JANIE MILLER, In her official
capacity as Secretary of the Cabinet for Health and
Family Services; CABINET FOR HEALTH AND
FAMILY SERVICES; and,
JEANETTA SMITH GALARZA, Individually                                                   DEFENDANTS

## REPORT AND RECOMMENDATION

Pursuant to the Order entered on December 22, 2010, (DN 18), the undersigned granted counsel for Plaintiff, Mildred D. Betty, leave to withdraw as counsel in this case. The Order also granted Plaintiff thirty (30) days to retain successor counsel or notify the Court that he would proceed *pro se*.

Plaintiff failed to retain successor counsel and failed to advise the Court he would proceed to represent himself, thus the undersigned issued an Order on February 7, 2011, (DN 18), requiring the Plaintiff, in writing, to show cause not later than March 9, 2011, why his cause of action should not be dismissed, without prejudice, for failure to prosecute this action. He was advised to file his written explanation with the Clerk of the Court, and was

warned: **PLAINTIFF IS ADVISED THAT HIS FAILURE TO SHOW CAUSE IN WRITING MAY RESULT IN DISMISSAL OF THIS ACTION.**

As of this date, Plaintiff has failed to show cause, in writing, why this cause of action should not be dismissed, without prejudice, for failure to prosecute this action.

## RECOMMENDATION

The undersigned having reported that Plaintiff has **FAILED TO SHOW CAUSE** why this cause of action should not be dismissed for failure to prosecute this action, the undersigned recommends this action be **DISMISSED, WITHOUT PREJUDICE**.

## NOTICE

Therefore, under the provisions of 28 U.S.C. Sections 636(b)(1)(B) and (C) and Fed.R.Civ.P. 72(b), the Magistrate Judge files these findings and recommendations with the Court and a copy shall forthwith be electronically transmitted or mailed to all parties. Within fourteen (14) days after being served with a copy, any party may serve and file written objections to such findings and recommendations as provided by the Court. If a party has objections, such objections must be timely filed or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir.), aff'd, U.S. 140 (1984).

Copies to: Counsel of Record
Pat Harralson, Secretary