**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**CIVIL ACTION NO. 1:10CV-00112-JHM**

**ANTHONY R. BELL**                                                                                    **PLAINTIFF**

**vs.**

**VICKIE NEWTON, Individually and in her**
**official capacity as a Social Worker with the**
**Kentucky Cabinet for Health and Family Services;**
**KALON BAGBY, Individually, and in her official**
**capacity as FSOS; JANIE MILLER, In her official**
**capacity as Secretary of the Cabinet for Health and**
**Family Services; CABINET FOR HEALTH AND**
**FAMILY SERVICES; and,**
**JEANETTA SMITH GALARZA, Individually**                                    **DEFENDANTS**


**ORDER**

This action having been referred to the United States Magistrate Judge pursuant to

28 U.S.C. § 636(b)(1)(B) (DN 20) and who has filed his Report and Recommendation, no

objections having been filed thereto, and the Court having considered the same, adopts the

recommendations of the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the Plaintiff has Failed to Show Cause why this

cause of action should not be dismissed for failure to prosecute; therefore, this cause of

action is **DISMISSED, WITHOUT PREJUDICE.**

This is a final and appealable order and there is no just cause for delay.


Copies to:  Plaintiff
            Counsel of record